JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXOTTICA GROUP, S.p.A., an Italian Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>CARRIE EYES FASHION, INC., a California Corporation; CARRIE XINGYING MA, an individual; I HEART SHOES, an unknown business entity; JOSE MANUEL FLORES-BARRERA, an individual; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV-15-07603-MWF (JC)<br><br>**JUDGMENT AND FINAL INJUNCTION** |

In accordance with the Order Granting Plaintiff Luxottica Group S.p.A.'s Amended Application for Default Judgment Against Defendants Carrie Eyes Fashion, Inc., Carrie Xingying Ma, I Heart Shoes, and Jose Manuel Flores-Barrera (Docket No. 22),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1

1. Judgment is entered in favor of Plaintiff in the amount of $1,036,778.
2. Defendants, their officers, agents, servants, and employees, and any persons in active concert or participation with them who receive actual notice of this Judgment and Final Injunction, are permanently restrained and enjoined from infringing upon Plaintiff's federally registered trademarks, including but not limited to the marks attached hereto as Exhibit A (the "Ray-Ban Marks"), either directly or contributorily in any manner, including:
   a. Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which bear the Ray-Ban Marks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto;
   b. Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing, or disposing of in any manner items falsely bearing the Ray-Ban Marks, or any reproduction, counterfeit, copy or colorable imitation thereof;
   c. Using the Ray-Ban Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;
   d. Passing off, inducing or enabling others to sell or pass off any product or other items that are not Plaintiff's genuine merchandise as genuine Plaintiff's merchandise;
   e. Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendants are licensed, authorized, offered, produced, or sponsored by, or are in any other way associated with Plaintiff;

//
//

   f. Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Subparagraphs (a) to (e) above.

Dated: April 6, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge

# EXHIBIT A

| Trademark | Registration No. | Good And Services |
|---|---|---|
| *Ray-Ban* (stylized) | 650,499 | sunglasses, shooting glasses, and ophthalmic lenses, in class 26. |
| | 1,093,658 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles and goggles; and cases and other protective covers for sunglasses, eyeglasses, spectacles in class 9. |
| | 1,726,955 | bags; namely, tote, duffle and all-purpose sports bags, in class 18.<br><br>cloths for cleaning ophthalmic products, in class 21.<br><br>clothing and headgear; namely, hats, in class 25. |
| RAY-BAN | 1,080,886 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles – in class 9. |
| | 1,490,305 | clothing, namely, t-shirts, in class 25. |
| | 2,718,485 | goods made of leather and imitation leather, namely, wallets, card cases for business cards, calling cards, name cards and credit cards in class 18.<br><br>clothing for men and women, namely, polo shirts; headgear, namely, berets and caps. |

| | | | |
|---|---|---|---|
| | Ray-Ban (logo) | 1,320,460 | sunglasses and carrying cases there for, in class 9. |
| | Ray-Ban (logo) | 3,522,603 | sunglasses, eyeglasses, lenses for eyeglasses, eyeglasses frames, cases for eyeglasses, in class 9. |